UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, | : |
| Plaintiff, | : |
| v. | : |
| | : CV-05-1621 (EGS) |
| ANTHONY WILLIAMS, et al., | : |
| Defendants. | : |

**DEFENDANT'S CONSENT MOTION TO EXTEND TIME
TO ANSWER OR FILE RESPONSIVE PLEADING**

Defendants, Anthony Williams and S. Elwood York (the "Defendants"), by and through undersigned counsel with consent of plaintiff, Assistant Attorney General Nicola N. Grey, hereby moves this Court to grant an extension to answer or file responsive pleading to the Complaint herein. As reasons therefore the Defendants represent as follows:

1. Plaintiff filed suit on or about August 12, 2005. The Summons was then served on the Mayor of the District of Columbia, Anthony Williams and S. Elwood York, Jr. on or about August 17, 2005. An answer or responsive pleading to the Complaint is due on September 1, 2005.

2. Counsel was assigned this matter on August 29, 2005.

3. To respond to this complaint, Defendants require additional time to investigate plaintiff's claim and prepare an appropriate answer or other response to plaintiff's complaint and obtain and review records kept at the District of Columbia Department of Corrections.

4. In light of a previously scheduled vacation and due to the aforementioned, the undersigned counsel will not have an opportunity to prepare a response to the Complaint consistent with F.R.C.P. Rule 11, prior to September 1, 2005.

5. Counsel is requesting to answer or file responsive pleading by October 1, 2005.

6.  This motion is Defendants' first request for an extension of time.

7.  The Plaintiff is not prejudiced by the granting of this Motion.

8.  Counsel has contacted, Plaintiff, and she indicated that she had no objection to the Court granting this Motion.

WHEREFORE, for the reasons stated herein, defendants request additional time to answer or file responsive pleading.

Dated: August 30, 2005

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General, Civil Litigation Division
>
>_____/s/_____
>HOLLY M. JOHNSON [476331]
>Chief, General Litigation Section III
>
>_____/s/_____
>NICOLA N. GREY [492150]
>Assistant Attorney General
>441 Fourth Street, N.W.
>Sixth Floor South
>Washington, D.C. 20001
>(202) 724-6626
>(202) 727-3625 (fax)
>E-mail:  nicola.grey@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDNA MCMANUS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CV-05-1621 (EGS) |
| **ANTHONY WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION**
**TO EXTEND TIME TO ANSWER OR FILE RESPONSIVE PLEADING**

1.  Fed. R. Civ. P. 6(b)(1).

2.  The inherent powers of this Court.

3.  The reasons stated in the Defendants' Consent Motion for an Extension of Time

to Answer or File Responses Pleading to the Complaint.

                                                              Respectfully submitted,

                                                              ROBERT J. SPAGNOLETTI
                                                              Attorney General for the District of Columbia

                                                              GEORGE C. VALENTINE
                                                               Deputy Attorney General, Civil Litigation Division

                                                              /s/
                                                              HOLLY M. JOHNSON [476331]
                                                              Chief, General Litigation Section III

                                                              /s/
                                                              NICOLA N. GREY [492150]
                                                              Assistant Attorney General
                                                              441 Fourth Street, N.W.
                                                              Sixth Floor South
                                                               Washington, D.C. 20001
                                                               (202) 724-6626

(202) 727-3625 (fax)
E-mail:  nicola.grey@dc.gov

## CERTIFICATE OF SERVICE

I, Nicola N. Grey hereby certify that on the 31st day of August 2005, a copy of the foregoing Defendants' Consent Motion to Extend Time to Answer of File a responsive Pleading, was served on Plaintiff via first class mail, postage pre-paid to the following parties:

Edna McManus
3010 22nd Street, SE
Washington, DC 20020

_____/s/_____
Nicola N. Grey
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDNA MCMANUS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **CV-05-1621 (EGS)** |
| **ANTHONY WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

## **ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer or File Responsive Pleading, the Memorandum in Support thereof, and the facts and law considered, it is hereby ORDERED;

The Consent Motion to Extend Time to Answer or File Responsive Pleading is GRANTED.

Any responsive pleading filed in this case shall be accepted on or before October 1, 2005.

So ORDERED this \_\_\_\_\_ day of _____, 2005.

_____
The Honorable Judge John D. Bates
United States District Court
for the District of Columbia

copies to:

Nicola N. Grey
Assistant Attorney General
441 4th Street, NW  Rm. 6S074
Washington, D.C. 20001

Edna McManus
3010 22nd Street, SE
Washington, DC 20020