UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY WILLIAMS, et al.,<br><br>    Defendants. | Civil Action No.  05-01621 (EGS) |

## ORDER

    Defendants filed a motion to dismiss.  Plaintiff is proceeding *pro se*. The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

    If plaintiff fails to respond to this motion, the Court will assume that the motion is conceded and may grant the motion and dismiss the case.  *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

    Accordingly, it is this 4th day of October, 2005,

    ORDERED that plaintiff shall respond to the defendant's motion to dismiss or transfer case no later than 30 days after the date of this order..  If plaintiff does not respond by that date, the Court may treat the motion as conceded.

                                                                           _____
                                                                           EMMET G. SULLIVAN
                                                                           United States District Judge