UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | *   CV-05-1621 (EGS) |
| | * |
| ANTHONY WILLIAMS, et al., | * |
| | * |
| Defendants. | * |

## OPPOSITION TO MOTION FOR DISMISSAL

Comes now, Plaintiff oppose Defendants Motion To Dismiss. Plaintiff contends that Complaint was timely filed on August 4, 2005 as noted by this honorable Court's date stamp (see attachment).

Respectfully submitted,

*Edna McManus*
EDNA MCMANUS, Pro Se
3010 22nd Street, Southeast
Washington, DC 20020-2702
(202) 678-1749

[Received stamp: NANCY M. MAYER-WHITTINGTON, CLERK, 2005 OCT 19 PM 6:20, U.S. DISTRICT COURT, DISTRICT OF COLUMBIA, RECEIVED]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA MCMANUS, Pro Se　　　　　　　＊
3010 22nd Street, Southeast　　　　　　＊
Washington, DC  20020-2702　　　　　＊
(202) 678-1749　　　　Plaintiff,　　　＊
　　　　v.　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　＊ CIVIL ACTION NO. _____
ANTHONY WILLIAMS, MAYOR,　　　　＊
EXECUTIVE OFFICER OF THE　　　　　＊
DISTRICT OF COLUMBIA　　　　　　　＊
1350 Pennsylvania Avenue, Northwest　＊
Washington, DC  20004　　　　　　　　＊
(202)727-1000　　　　Defendant,　　＊
　　　　And　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　＊
S. ELWOOD YORK, JR., DIRECTOR　　＊
DC Department of Corrections　　　　＊
1923 Vermont Avenue, Northwest　　　＊
Washington, DC  20001　　　　　　　＊
(202) 727-1000　　　　Defendant.　＊

**COMPLAINT**

Edna McManus, herein known as the Plaintiff comes now that Employer, Anthony Williams, Mayor of the District of Columbia and S. Elwood York, Jr., Director of District of Columbia, Department of Corrections, herein known as the Defendants, discriminated and terminated Plaintiff on February 28, 2003 from her Lead Legal Instruments Examiner's position while she was on a job sustained injury of February 26, 2002, with the District of Columbia Disability Compensation Program.

The Defendants discriminated and retaliated against Plaintiff for filing a complaint with United States Equal Employment Opportunity Commission (USEEOC) in 1999 and Plaintiff obtained a Right-To-Sue Letter.  Plaintiff filed a

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

2005 AUG -4  PM 6: 54

FILING DEPOSITORY

NANCY M.
MAYER-WHITTINGTON
CLERK

2005 OCT 19 PM 6: 21

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

section 504 of the Americans with Disabilities Act, 42 U.S.C. 12101 under Title 1

Section 102.

*Edna McManus*

EDNA MCMANUS, PRO SE
3010 22nd Street, Southeast
Washington, DC 20020-2702
(202) 678-1749


DISTRICT OF COLUMBIA, ss:

Subscribed and sworn to me this ___04___ day of August, 2005

*Mattie Renee Sheppard*

STROKE VICTIM → Notary Public
Expires 10-31-07

*Mattie Renee Sheppard*

RECEIVED
2005 AUG -4 PM 6:48
NANCY M. MAYER-WHITTINGTON CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
2005 OCT 19 PM 6:21
NANCY M. MAYER-WHITTINGTON CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA