UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS,                )  |   |
|             ) | CA No.: 05-1621 (EGS) |
| Plaintiff,        ) | |
|             ) | |
| v.           ) | |
|             ) | |
| ANTHONY WILLIAMS, *et. al.,*   ) | |
|             ) | |
| Defendants.      ) | |
| _____ ) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Michael P. Bruckheim on behalf of the Defendants Anthony Williams and S. Elwood York, Jr., and **withdraw** the appearance of Nicola Grey.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295

## **CERTIFICATE OF SERVICE**

  I, hereby certify that on this 26th day of October, 2005, I have sent a true copy of this Notice of Entry of Appearance by electronic filing to:

Edna McManus
3010 22nd Street, SE
Washington, DC 20020-2702

        \s_____
        Michael P. Bruckheim
        Assistant Attorney General