UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, ) | |
| ) | CA No.: 05-1621 (EGS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANTHONY WILLIAMS, *et. al.,* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, Anthony Williams and S. Elwood York, Jr., by and through undersigned counsel, hereby offers the following Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, Or in the Alternative, for Summary Judgment.

**I. PLAINTIFF'S COMPLAINT WAS UNTIMELY FILED.**

Plaintiff alleges in her Opposition that she timely filed her Complaint on August 4, 2005, and refers the Court to the date stamp attached to the Complaint. *See Plaintiff's Opposition, p.1.* However, Plaintiff does not explain why her Complaint is docketed as having been filed on August 12, 2005 if she filed it on August 4, 2005 as she claims. Plaintiff also fails to explain why there is a date stamp on her Complaint from the U.S. Court of Appeals for the D.C. Circuit that bears the same date. *See Plaintiff's Complaint, p.3.*

Plaintiff is statutorily required to file her complaint within 90 days of her receipt of the Equal Employment Opportunity Commission right to sue notice. 42 U.S.C. § 2000e-5(f)(1). Plaintiff has failed to do so, as the Court has recorded her filing date as August 12, 2005. Plaintiff does not explain why her Complaint bears a date stamp from the U.S. Court of Appeals for the D.C.

Circuit, nor does she explain why the Court stated her complaint was filed one week after Plaintiff allegedly filed it. The only true evidence of Plaintiff's filing date is the Court's own docket sheet, which states that her Complaint was filed August 12, 2005, and therefore beyond the statutorily mandated 90 days. Accordingly, Plaintiff's complaint must be dismissed, or in the alternative, Defendants are entitled to summary judgment.

    WHEREFORE, Defendants Anthony Williams and S. Elwood York pray this Court grant their Motion to Dismiss, Or in the Alternative, for Summary Judgment.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


    _____\s_____
    PATRICIA A. JONES [428132]
    Chief, General Litigation Sec. IV


    _____\s_____
    MICHAEL P. BRUCKHEIM [455192]
    Assistant Attorney General
    441 4TH Street, NW, 6th Floor-South
    Washington, D.C. 20001
    202-724-6649; 202-727-6295

## **CERTIFICATE OF SERVICE**

  This certifies that on the 26th day of October, 2005, a true and correct copy of the foregoing Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, Or in the Alternative, for Summary Judgment Judgment Against Plaintiff was sent by electronic filing to:

Edna McManus
3010 22nd Street, SE
Washington, DC 20020-2702


        \s\
        MICHAEL P. BRUCKHEIM
        Assistant Attorney General