UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA MCMANUS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CV-05-1621 (EGS) |
| **ANTHONY WILLIAMS, et al.,** : | |
| : | |
| **Defendants.** : | |
| _____: | |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please WITHDRAW the appearance of Assistant Attorney General Nicola N. Grey, Esq., Office of the Attorney General, as counsel for the District of Columbia in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III

_____/s/_____
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Withdrawal was sent by first class mail, postage pre-paid this 9th day of December, 2005 to:

Edna McManus
3010 22nd Street, Southeast
Washington, DC 20020-2702


                                            /s/
                                   Nicola N. Grey