UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDNA MCMANUS,**<br><br>        **Plaintiff,**<br>**v.**<br><br>**ANTHONY WILLIAMS, Mayor, et al.,**<br><br>        **Defendants.** | **Civil Action No. 05-1621 (EGS)** |

## ORDER

_____On March 8, 2006, the Court issued an order setting this case for an initial scheduling conference on April 11, 2006 at 10:00 a.m and directing the parties to file a meet and confer statement pursuant to LcvR 16.3.   The parties neither filed the meet and confer statement nor appeared in Court on April 11, 2006.

Because plaintiff has failed to prosecute this case, it is

**ORDERED** that the case it **dismissed without prejudice**.  It is

**FURTHER ORDERED** that any motion to reinstate this matter shall be filed by April 21, 2006.

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: April 11, 2006