UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA MCMANUS            *
                        *
    Plaintiff,          *
                        *
V.                      *   CV-05-1621 (EGS)
                        *
ANTHONY WILLIAMS, el al, *
                        *
    Defendants.         *
                        *

### MOTION TO REINSTATE COMPLAINT

Comes now, Plaintiff moves to reinstate her complaint because Plaintiff was not notified of Court Order dated March 8, 2006 setting this case for an initial scheduling conference on April 11, 2006 at 10:00 a.m. directing parties to file a meet and confer statement pursuant to LcvR 16.3.

Respectfully submitted,

_Edna McManus_  4-17-06
EDNA MCMANUS, Pro Se
3010 22nd Street, Southeast
Washington, DC 20020-2702
(202) 678-1749