UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS,<br><br>    Plaintiff,<br>v.<br><br>ANTHONY WILLIAMS, Mayor, et al.,<br><br>    Defendants. | Civil Action No. 05-1621 (EGS) |

## ORDER

_____The Court dismissed this *pro se* action without prejudice because plaintiff did not appear for an initial scheduling conference on April 11, 2006.  Plaintiff has filed a motion to reinstate the complaint on the ground that she never received notice of the initial scheduling conference.  Accordingly, it is

ORDERED that plaintiff's motion to reinstate the complaint [16] is GRANTED.  It is

FURTHER ORDERED that the order dismissing the case without prejudice [15] is VACATED.

_____/s/_____
EMMET G. SULLIVAN
United States District Judge

DATE: April 20, 2006