**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDNA McMANUS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1621 (EGS) |
| ANTHONY WILLIAMS, et al., : | |
| : | |
| Defendants. : | |
| _____: | |

**DEFENDANTS ANTHONY WILLIAMS AND ELWOOD YORK'S CONSENT MOTION FOR LEAVE TO LATE FILE THEIR ANSWER TO THE COMPLAINT**

Defendants Anthony Williams and Elwood York <hereinafter "defendants">, by and through counsel, herein moves pursuant to Fed. P. Civ. R. 6(b)(2) to late file their answer and state as follows:

1.  On or about August 12, 2005, plaintiff filed a Complaint against these defendant, claiming that she was wrongfully terminated from her employment in violations of 42 U.S.C. § 2000(e) and Section 504 of the Americans with Disabilities Act. *See generally,* Complaint.

2.  On or about October 3, 2005, defendants filed a motion to dismiss plaintiff's complaint. *See* Court Docket, #7.

3.  On or about October 26, 2005, undersigned counsel entered his appearance as lead counsel. *See* Court Docket, #10.

4.  On or about December 23, 2005, this Court denied defendants' motion to dismiss. *See* Court Docket, #13. The Court scheduled an initial conference for April 11, 2006. *See* Court Docket, #14. Neither party appeared for the conference. *See* Court

Docket, #15. The initial conference has now been rescheduled for May 31, 2006. *See* Court Docket, #18.

     5.     Undersigned counsel was not aware of the Court's denial of defendants' motion to dismiss. Undersigned counsel has not received any electronic notices[1] from this Court on any dates subsequent to the date of the Court's denial. Undersigned counsel assumed the Court had not yet ruled upon the motion to dismiss and was awaiting a response from the Court. Undersigned counsel apologizes for his failure to file an Answer following the Court's denial of the motion to dismiss, and further apologizes for not appearing at the April 11, 2006.

     6.     Fed. Civ. P. R. 6(b) states that, ""[w]hen by these Rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the Court for cause shown may at any time in its discretion (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect. These defendants believe that they have met the requirements of Rule 6(b)(2), and plaintiff will not be unduly prejudiced by the grant of this motion.

     7.     The defendants' answer is being filed contemporaneously with this motion.

     8.     Undersigned counsel spoke with plaintiff, who has consented to the relief requested in this motion.

---

[1] Undersigned counsel does not know why the notices from the Court did not reach his e-mail electronically, but hopes to resolve the matter in discussions with Court personnel on May 31, 2006 and ensure that he will receive all subsequent notices.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

__\s_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

___\s_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C.  20001
202-724-6649; 202-727-6295

## CERTIFICATE OF SERVICE

This certifies that on the 11th day of May, 2006, a true and correct copy of the foregoing Defendants Anthony Williams and Elwood York's Consent Motion for Leave to Late File their Answer to the Complaint was sent by first-class mail, postage prepaid to:

Edna McManus
3010 22nd Street, SE
Washington, DC 20020
Pro se Plaintiff

_____\s_____
MICHAEL P. BRUCKHEIM
Assistant Attorney General

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1621 (EGS) |
| ANTHONY WILLIAMS, et al., : | |
| : | |
| Defendants. : | |
| _____: | |

### MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS ANTHONY WILLIAMS AND ELWOOD YORK'S CONSENT MOTION FOR LEAVE TO LATE FILE THEIR ANSWER TO THE COMPLAINT

In support of their motion for leave to late file their answer to the complaint, these defendants cite and rely upon the following list of authorities:

1. Federal Rules of Civil Procedure, Rule 6(b)(2).

2. Plaintiff's consent.

3. The Court's equitable powers.

4. The record herein.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
> __\s_____
> PATRICIA A. JONES [428132]
> Chief, General Litigation Sec. IV
> ___\s_____
> MICHAEL P. BRUCKHEIM [455192]
> Assistant Attorney General
> 441 4TH Street, NW, 6th Floor-South
> Washington, D.C. 20001
> 202-724-6649; 202-727-6295

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDNA McMANUS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | CV-05-1621 (EGS) |
| ANTHONY WILLIAMS, et al., : | |
| : | |
| Defendants. : | |
| _____: | |

## **ORDER**

Upon consideration of defendants Anthony Williams and Elwood York's motion for leave to late file their Answer to plaintiff's Complaint, any opposition thereto, and the record herein, it is this \_\_\_\_ day of _____, 2006,

ORDERED: that defendants Williams and York's motion is hereby granted; and it is,

FURTHER ORDERED: that defendants Williams and York's Answer is hereby accepted for filing.

_____
Judge Emmet G. Sullivan

Cc:

Michael P. Bruckheim
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, D.C. 20001

Edna McManus
3010 22nd Street, SE
Washington, DC 20020