UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA McMANUS, :
:
    Plaintiff, :
:
v. :
:   CV-05-1621 (EGS)
ANTHONY WILLIAMS, et al., :
:
    Defendants. :
_____:

**JOINT REPORT REGARDING DISCOVERY
PURSUANT TO LCvR 16.3**

Pursuant to Local Civil Rule l6.3, the parties conferred by telephone on May 11, 2006, and May 25, 2006, and discussed the following issues:

l. Case Track: The standard litigation track is appropriate for this case. Defendants will be moving to stay discovery pending resolution of Defendants' dispositive motion to be filed prior to the Initial Scheduling Conference on May 31, 2006.

2. Stipulations: None as of this time.

3. Assignment to a Magistrate Judge: The parties are unwilling to have the case assigned to a magistrate Judge.

4. Settlement Possibility: The parties have not discussed settlement, and there are no prospects for settlement at this time.

5. Alternative Dispute Procedures: The parties do not wish to participate in the court-sponsored mediation process once discovery has ended.

6. Motions: Defendants will be filing a dispositive motion prior to the Scheduling Conference on May 31, 2006.

7. Initial Disclosures: The parties agree to waive initial disclosures.

8. <u>Discovery</u>: Defendants will be moving to stay discovery pending resolution of Defendants' dispositive motion to be filed prior to the Initial Scheduling Conference on May 31, 2006.

9. <u>Experts</u>: Not applicable at this time in light of Defendants' pending dispositive motion.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties agree that bifurcation is not necessary in this case.

12. <u>Proposed Date for the Pretrial Conference</u>: The parties request that this date be set at a status conference scheduled at the Court's convenience, following the resolution of any filed dispositive motion.

l3. <u>Trial Date</u>: The parties agree that a trial date should not be set until the Court rules on any dispositive motions, and/or should be set at the Pretrial Conference.

        Respectfully submitted,

        _____\s_____
        EDNA McMANUS
        3010 22nd Street, SE
        Washington, DC 20020
        (202)-678-1749
        Pro se Plaintiff

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____\s_____
        PATRICIA JONES [428132]
        Chief, Civil Litigation, Section IV

                                            _____\\s\\_____
                                        MICHAEL P. BRUCKHEIM [455192]
                                        Assistant Attorney General
                                        441 4th Street, N.W., 6th Floor North
                                        Washington, D.C. 20001
                                        (202)724-6649; (202)727-6295