UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, | * |
| Plaintiff, | * |
| v | * CV-05-1621 EGS) |
| ANTHONY WILLIAMS, et al., | * |
| Defendants. | * |

### MOTION TO WITHDRAW PRAECIPE OF SUBSTITUTION OF THE DISTRICT OF COLUMBIA FOR DEFENDANTS ANTHONY WILLIAMS AND ELWOOD YORK

I, EDNA MCMANUS, Plaintiff hereby state after careful consideration and discussion with Defendant's Assistant Attorney General, Michel P. Bruckheim on May 22, 2006, move to withdraw the praecipe of substitution of the District of Columbia for Defendants Anthony Williams and Elwood York. Plaintiff choose not to separate the Defendants from the Complaint. Plaintiff intended to file Complaint against Defendants in their official capacities and hold Defendants liable as Plaintiff's employer, that is, Mayor of the District of Columbia and Manager of the Records Office for the District of Columbia, Department of Corrections at D.C. Jail in accordance to the District of Columbia, Department of Corrections Chain of Command. Plaintiff's employer discriminated against her and violated Title VII, Americans With Disabilities Act.

Respectfully submitted,

*Edna McManus*
Edna McManus, Pro Se
3010 22nd Street, Southeast
Washington, DC 20020-2702

RECEIVED
MAY 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT