# Exhibit 1

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Central Detention Facility



September 10, 2002

Dear Ms. Edna McManus:

A review of your record reveals that you entered into an Absence Without Leave (AWOL) status starting May 7, 2002. You have accrued 80 hours of AWOL from August 25, 2002 through September 7, 2002. In addition, you have failed to appraise this office of your return to duty.

Be advised, unless you provide an explanation and appropriate documentation and justification for your extended absence (e.g., date and nature of incapacity for duty, nature of your illness or injury) from May 7, 2002 until the present, adverse action will be initiated to remove you from your position as a Lead Legal Instruments Examiner in accordance with the provisions set forth in the District Personnel Manual, Chapter 16. You are directed to notify this office of your intentions, and conditions in writing within five days of the date of this certified correspondence.

If you are unable to perform the essential functions of your position, have at least five years of service, and have a permanent disability, you have the option of applying for disability retirement through the D. C. Office of Personnel. You may also inquire about other employment opportunities that are compatible with your disability, if you have one.

Should you fail to exercise any of the options presented, you must return to duty immediately or be subject to removal as set forth herein.

Sincerely,

Steven A. Smith
Correctional Program Administrator
Records Office
(202) 673-8276