# Exhibit 2

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Central Detention Facility



December 2, 2002

Edna McManus
Legal Instruments Examiner
Central Detention Facility
1901 D Street SE
Washington, DC  20003

Dear Ms. McManus:

This is a 15-day advance notice of a proposal to remove you from your position of Legal Instruments Examiner, in the D.C. Department of Corrections. This action is proposed in accordance with provisions of the District Personnel Manual (DPM) Chapter 16. The proposed action is based on a charge of Unauthorized Absences. The details in support of the proposed action are stated below:

**Specification**: During the period August 25, 2002 through September 7, 2002, you failed to report to duty as scheduled. During this period, you did not request any type of leave nor did you contact your superiors to advise them of your whereabouts or to explain your absences. Subsequently, you have been placed in an Absence Without Leave (AWOL) status commencing August 25, 2002.

A letter advising you of your AWOL status was certified mailed (Article Number 7002 0510 0001 3567 2157) to your last known address of record on September 11, 2002. This letter further requested that you contact the supervisor's office in order to let your intentions be known regarding your return to duty. You were also informed of the agency's intent to initiate disciplinary action against you unless you provided an explanation and appropriate documentation justifying your prolonged absence. A DC Standard Form 1199-A, Notification of Charge to Absence Without Official Leave was also provided as an attachment to the letter. You acknowledged receipt of the aforementioned letter via Return Mail Receipt dated September 17, 2002.

Inasmuch as you have not contacted your superiors to request any type of leave or to explain your prolonged absences, your unauthorized absences are inexcusable. In addition, you are clearly in violation of Basic Rules and Regulations for all employees, 1.18 Protection of Institution and Community, which stipulates, "In the interest of protecting the institution and the community, no employee shall fail to report to duty or leave his post of duty without proper procedural authorization.

Therefore, in accordance with Chapter 16 of the District Personnel Manual, it is proposed that you be removed from your position of Legal Instruments Examiner with the D.C. Department of Corrections.

You have the right to review any material upon which the proposed action is based, and to prepare a written response to the notice, including affidavits and other documentation within six (6) days of receipt of the notice. You are entitled to an administrative review by a hearing officer. You have the right to be represented by an attorney or other representative.

If otherwise in a duty status, you are entitled to a reasonable amount of official time, not to exceed 10 hours of administrative leave, to review the material upon which the proposed action is based, and to prepare your response.

Your response, should you prepare one, may raise every defense, fact or supporting matter in extenuation, exculpation, or mitigation of which you have knowledge or reasonably should have knowledge, or which is relevant to the reasons in support of the proposed action, specification(s) or penalty.

Keith Godwin has been appointed hearing officer to conduct the administrative review of the proposed removal action. Accordingly, any response you prepare must be submitted to:

>Keith Godwin, Hearing Officer
>1923 Vermont Avenue, N.W.
>Suite N121
>Washington, D.C. 20001
>Telephone (202) 671-2074

In conducting the administrative review, Mr. Godwin will review this written notice and your response, if there is one. After conducting the administrative review, Mr. Godwin will make a written report and recommendation to Marvin L. Brown, Deciding Official, who will issue a notice of final decision.

The material upon which this proposed action is based may be reviewed in the Office of Human Resource Management, 1923 Vermont Avenue, N.W., Suite NLL-13, Washington, D.C., 20001. You may review this material by contacting Denise Shell, Human Resource Specialist, at (202) 671-2131.

Sincerely,

Steve Smith
A/Correctional Program
  Administrator