# Exhibit 3

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Central Detention Facility



Office of Deputy Director
for Operations

February 20, 2003

Edna McManus
3010 22nd Street, SE
Washington, DC 20020

Dear Ms. McManus:

Pursuant to provisions of the District Personnel Manual (DPM) Chapter 16, Section 1614 this is the notice of final decision regarding the proposal to remove you from your position of Lead Legal Instruments Examiner with the D.C. Department of Corrections. The action is based on a charge of Unauthorized Absence. The charges were set forth in the advance notice dated December 2, 2002 which apprised you of your right to review all materials upon which the action was based and to respond in writing within six (6) days of receipt of the notice. You were further advised of your right to be represented by an attorney or other representative.

I have thoroughly and very carefully reviewed the evidence of record, which consists of all documents giving rise to issuance of the written advance notice, your written response and the Hearing Officer's recommendation. Consequently, I have decided to uphold the actions proposed against you. You will be terminated from your position of Lead Legal Instruments Examiner, effective at the close of business on Friday, February 28, 2003.

You are informed of your right to grieve this decision either through the negotiated grievance procedure set forth in the collective bargaining agreement between the Agency and the FOP; **or** Appeal to the Office of Employee Appeal (OEA). You may elect only one (1) of the grievance procedures. Once you have selected a grievance procedure, it is binding.

If you elect to appeal through the negotiated grievance procedure, your appeal should be forwarded to Odie Washington, Director, D.C. Department of Corrections, 1923 Vermont Avenue, N.W., Suite 201, Washington, D.C. 20001. Your appeal may be made by completing a grievance resolution form and forwarding it to the above address during the period beginning with the day after the effective date of this letter, but not later than ten (10) calendar days after the effective date.



Edna McManus
Page 2

If you have any questions concerning your appeal rights and the grievance procedures through the negotiated grievance procedure, they should be forwarded to the Fraternal Order of Police, 711- 4th Street, N.W., Washington, D.C. 20001, telephone number (202) 737-3505.

If you elect to file an appeal with the Office of Employee Appeal (OEA), it must be filed within thirty (30) calendar days of receipt of this notice. The OEA is located at 717 –14th Street, N.W., Third Floor, Washington, DC 20005. Enclosed are the OEA appeal form and a copy of the OEA regulations. For additional information on filing an appeal, you should contact OEA, at (202) 727-0004.

You are to immediately return all building keys, office keys, security badge(s), telephone, computer, Jaccs passwords, uniforms, procurement card, driver license and any and all government property issued to you as a District Government employee. This includes, all District of Columbia paper-based or computer documents contained on computer disks, hard drives, storage drives and any other type of electronic media containing such documents, in your possession. The attached Employee Clearance Record must be used for these appropriate clearances.

Sincerely,

Marvin L. Brown
Deputy Director for Operations

Enclosures