# Exhibit 5

# GOVERNMENT OF THE DISTRICT OF COLUMBIA — PERSONNEL ACTION

AUTO
PERS. FORM 1
(REV. 2/85)

| Field | Value |
|---|---|
| TRANSACTION CODE | 888 |
| ORIGINATING AGENCY | FL CORRECTIONS |
| 1. SOCIAL SECURITY NUMBER | 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 |
| 2. NAME (LAST, FIRST, MIDDLE) | MCMANUS, EDNA |
| 2A. | 4 (MS.) |
| 3. DATE/ACTION NO. | 598074 / 03-26-03 |
| 4. EFFECT. DATE | 02 27 03 |
| 5. DEPARTMENT | CORRECTIONS |
| 6. ADDRESS | 3010 22ND ST SE, WASHINGTON, DC 20020-2702 |
| 7. DATE OF BIRTH | 02 15 52 |
| 8. PHYSICAL HANDICAP | 04 |
| 9. VETERANS PREFERENCE | 1 |
| 10. NATURE OF ACTION/CODE | LEAVE WITHOUT PAY-OWCP |
| 11. AUTHORITY | FEDERAL LEGISLATION DOC |
| EMPLOYMENT DATE | 10 10 99 |
| 12. SERVICE COMP. DATE | 05 03 82 |
| 13. D.C. SERVICE COMP. DATE | 05 03 82 |
| 14. FEGLI REGULAR | R |
| 15. HEALTH BENEFITS CODE | 008 |
| 16. FROM: POSITION TITLE AND NUMBER | LEAD LEGAL INSTR EXAM  0055459/L  220000005459 DTD 03-02-98 |
| 17. PAY SCHEDULE/SERIES | DS 00963 |
| 18. GRADE | 09 |
| STEP | 08 |
| 19. SALARY | 44471 |
| TIME SERVICE | 80.00 |
| 20. ORGANIZATIONAL UNIT | DETENTION FACILITY |
| 21. PAYROLL ORG CODE | 22-122-007 |
| PAY GROUP | 01 |
| TENURE IN POSITION | DS-0963-09- -L |
| 22. TO: POSITION TITLE AND NUMBER | LEAD LEGAL INSTR EXAM  0055459/L  220000005459 DTD 03-02-98 |
| 23. PAY SCHEDULE/SERIES | DS 00963 |
| 24. GRADE | 09 |
| STEP | 08 |
| 25. SALARY | 44471 |
| TIME SERVICE | 80.00 |
| 26. ORGANIZATIONAL UNIT | DETENTION FACILITY |
| 27. PAYROLL ORG CODE | 22-122-007 |
| TENURE IN POSITION | DS-0963-09-23-L |
| 29. RETIREMENT | 14 |
| 30. PAY GROUP | 01 |
| 33. SERVICE CODE | A01/X04 |
| 35. LEAVE CEILING | BGA |
| 36. EMPLOYMENT TYPE | 1 (FULL-TIME) |
| 37. POSITION TYPE | 1 (CAREER) |
| 38. TERMINATION CODE | 1 (RESIGN) |
| 39. CERTIFICATE TO EMPLOY NO. | XX00000 |

| Multiple Rules | RULE | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary | 1 | 00FL | 30 | 2 | 0211 | R | E | RFAP | 0000 | 0000 | 0000 | 0000 | | |

FLSA STATUS 01     DC RBCD

REMARKS:
<JSW> EMPLOYEE PLACED IN A LEAVE WITHOUT PAY STATUS DUE TO ON-THE-JOB INJURY. OWCP CLAIM # DOC 002705.

FRINGE 002

LCB 05/03/82

888