# Exhibit 6

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of the Deputy Director



January 2, 2004

Ms. Edna McManus
3010 22nd Street, S.E.
Washington, D.C. 20020

Re: Final Notice of Decision Dated February 20, 2003

Dear Ms. McManus:

This is to apprise that the Final Notice of Decision issued to you on February 20, 2003, that removed you from the Department of Corrections (Department) effective February 28, 2003 is herewith rescinded.

I note for the record that you were never officially removed from the Department as a result of the Final Decision, and instead, you were placed on LWOP due to your on-the-job injuries that were filed under Workers Compensation Claim Number 002805 (Enclosure "A").

If you have any questions regarding this matter, please direct them to Fred Staten, Jr., EEO Officer for the Department of Corrections. Mr. Staten may be reached by telephone on (202) 671-2095.

Sincerely,

James L. Anthony
Deputy Director

Enclosure

cc: Joan Murphy, Special Projects Officer
    Office of Human Resource Management

