# Exhibit 9

# PERSONNEL ACTION

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

AUTO
PERS. FORM 1
(REV. 2/85)

TRANSACTION CODE: 888
ORIGINATING AGENCY: FL CORRECTIONS

| Field | Value |
|---|---|
| 1. SOCIAL SECURITY NUMBER (002) | 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 |
| MJC | |
| 2. NAME (008) LAST FIRST MIDDLE | MCMANUS, EDNA |
| 2A. (009) 1.MR 2.MRS 3.MISS 4.MS | 4 |
| 3. DATE/ACTION NO. | 610555  09-04-03 |
| 4. EFFECT. DATE MO DY YR | 08 20 03 |
| 5. DEPARTMENT | CORRECTIONS |
| 6. ADDRESS (013) STREET | 3010 22ND ST SE |
| 7. DATE OF BIRTH (221) | 02 15 52 |
| 8. PHYSICAL HANDICAP | 04 |
| CITY (014) | WASHINGTON |
| STATE (015) | DC |
| ZIP (016) | 200202702 |
| 9. VETERANS PREFERENCE | 1 |
| 10. NATURE OF ACTION/CODE | 301: DISABILITY RETIREMENT |
| 11. AUTHORITY | FEDERAL LEGISLATION DDC |
| EMPLOYMENT DATE (223) | 10 10 99 |
| 12. SERVICE COMP. DATE (222) | 04 23 82 |
| 13. D.C. SERVICE COMP. DATE | 06 25 84 |
| 14. FEGLI REGULAR | R |
| 15. HEALTH BENEFITS CODE (081) | 008 |
| 16. FROM: POSITION TITLE AND NUMBER | LEAD LEGAL INSTR EXAM  0055459/L  220000005459 DTD.03-02-98 |
| 17. PAY SCHEDULE SERIES | DS0 0963 |
| 18. GRADE | 09 |
| STEP | 09 |
| 19. SALARY | 47467 |
| TIME SERVICE | 80.00 |
| 20. ORGANIZATIONAL UNIT | DETENTION FACILITY |
| 21. PAYROLL ORG CODE | 22-122-007 |
| PAY GROUP | 01 |
| TENURE IN POSITION | DS-9630-09- -L |
| 29. RETIREMENT (070) | 14 |
| 30. PAY GROUP (001) | 01 |
| 33. SERVICE CODE (026) | A01/X04 |
| 34. | 8GA |
| 36. EMPLOYMENT TYPE (027) | 1 |
| 37. POSITION TYPE (235) | 1 |
| 38. TERMINATION CODE | 2/013 |
| 39. CERTIFICATE TO EMPLOY NO. (183) | XX00000 |

| Multiple Rules | RULE | FUND | AGENCY | YR | RESP. CENTER | PDS | PSF | MRU | ARC | DRC | JOB | ACTIVITY | ITEM | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Primary | 1 | 00 | FL | 3 | 0202 | 1 | 1 | RERE | AP | 000 | 000000 | 000000 | | |

☐ SUBJECT TO SATISFACTORY MEDICAL EXAMINATION AND CHEST X-RAY.
☐ SUBJECT TO COMPLETION OF ___ YEAR ___ PERIOD BEGINNING ___

FLSA STATUS 01    DC RBCD

**REMARKS:**
DISABILITY RETIREMENT APPROVED BY THE OFFICE OF PERSONNEL MANAGEMENT BY LETTER DATED 08-20-03. LAST DAY IN PAY STATUS 04-15-02. SICK LEAVE BALANCE 0 HRS. PAY PERIOD ENDING 08-23-03 W/O AUDIT. EMPLY. DUE PSI EFF.04/06/03 AT DS-0963/09/09 $44,871.00 P.A. FORM(S) ISSUED SF 2819. (39)

LCD 04/23/82

FRINGE 002

888      1    1  DC:0  01 DC:00    1    DC:

44. DEPARTMENT HEAD OR DESIGNEE (SIGNATURE)    DATE
45. APPROVING OFFICER MARY L. MONTGOMERY, ASSOCIATE DIRECTOR, MANAGEMENT SERVICES ADMINISTRATION
APPROVAL DATE: 08 27 03