UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS, | * |
| | * |
| Plaintiff, | * |
| | * CA No.: 05-1621 (EGS) |
| v. | * |
| | * |
| ANTHONY WILLIAMS, et al., | * |
| | * |
| Defendants. | * |

## MOTION TO SUBSTITUTE THE DISTRICT OF COLUMBIA FOR NAMED DEFENDANTS, AMEND COMPLAINT AND TO PROCEED IN OPPOSITION TO SUMMARY JUDGMENT

I, EDNA MCMANUS, Plaintiff hereby move to substitute the District of Columbia for named Defendants, Anthony Williams and Elwood York under Title VII. Plaintiff request to proceed in opposition to Defendant's Summary Judgment, and to amend her Complaint to include the following:

Defendant operates and applies ex post facto rulings to deny Plaintiff due process of wrongful termination of Disability Compensation claims, and employment terminations pursuant to violations under Title VII.

Defendant has established a pattern of continuous discrimination and retaliation against Plaintiff for filing D.C. Disability Compensation claims (1995 and 2002) and for filing complaints with the United States Equal Employment Opportunity Commission (USEEOC, 1999 and 2003); Whereas, Plaintiff has been terminated from her disability benefits and from her employment each time, leaving Plaintiff without an income, employment, and without retention rights to return to work.   Plaintiff* was denied her

RECEIVED
MAY 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Final Compensation Order for medical treatment/surgery[1], prescriptions, transportation to/from doctor's visit, out-of-pocket expenses, Cost of Living (COLA), life insurance benefits, unpaid medical bills, retirement payments, and Temporary Total Disability (TTD) benefits of February 27, 2002 to the present and continuing until Plaintiff can return to her employment duties. Defendant has litigated Plaintiff's favorable Final Order dated April 4, 2003, Appeal dated August 28, 2003, Order dated February 28, 2005, and Order dated February 2006 twice in hopes to overturn those decisions and deny Plaintiff's benefits resulting in double jeopardy. Defendant has no written enforcement procedures for Public Employees Disability Compensation Act or enforcement of Administrative Law Judge's Final Orders.

Plaintiff seeks Left and Right Carpal Tunnel Syndrome/D'Quiver vein surgery, recuperation time, prescriptions, transportation to/from doctor's visit, out-of-pocket expenses, COLA, reinstatement of life insurance benefits for injury dated 02/26/02 only, unpaid medical bills (injuries dated 11/29/95 and 02/26/02), retirement payments for job sustained injuries of November 29, 1995 and February 26, 2002. Plaintiff seeks a jury trial for primary relief of compensatory and punitive damages for pain, suffering in the sum of Five Hundred Thousand Dollars ($500,000.00) for wrongful termination of workers compensation benefits and employment pursuant to violations under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e., et seq., Section 504 of the Americans with Disabilities Act, 42 U.S.C. 12101 under title 1 Section 102.

---

[1] See Defendant's Exhibit 4, Final Compensation Order, page 7, dated April 4, 2003.

_____
EDNA MCMANUS, PRO SE
3010 22nd Street, Southeast
Washington, DC  20020-2702
(202) 678-1749


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered in Open Court on 31-May-2006 to:

        Michael P. Bruckheim
        Assistant Attorney General
        441 4th Street, NW
        6th Floor-South
        Washington, D.C.  20001
        (202) 724-6649 or (202) 727-6295

*Edna Mc Manus*
Edna Mc Manus

3