UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA MCMANUS | * |
| Plaintiff, | * |
| v. | * Case No.: 05-1621 EGS |
| DISTRICT OF COLUMBIA, et al. | * |
| Defendant. | * |

## MOTION TO REQUEST LEGAL REPRESENTATION AND CONTINUANCE OF CASE

Plaintiff, EDNA MCMANUS, request legal representation in this case because Defendant terminated Disability Compensation benefits, and Plaintiff is without an income to hire legal representation, and Plaintiff is without legal knowledge to present her case. Plaintiff request a continuance in this case until legal representation may be obtained.

EDNA MCMANUS, PRO SE
3010 22nd Street, Southeast
Washington, DC 20020-2702
(202) 678-1749

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered in Open Court on 31-May-2006 to:

Michael P. Bruckheim
Assistant Attorney General
441 4th Street, Northwest
6th Floor-South
Washington, D.C. 20001
(202) 724-6649 or (202) 727-6295