UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDNA McMANUS, | ) | |
| | ) | |
| Plaintiff, | ) | **CA No.: 05-1621 (EGS)** |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY WILLIAMS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that James Quincy Butler, Esquire, attorney at law, hereby files his notice of appearance in this matter, as counsel for the plaintiff, EDNA McMANUS.

Counsel respectfully request that all future notices, pleadings and orders be sent to the address appearing infra.

Dated this 21st, day of June, 2006

Respectfully Submitted;

By:_____
    James Q. Butler, Esq
    Attorney at Law
    Butler Law Firm
    818 18th Street, 10th Floor
    Washington, D.C.
    Telephone: 202-223-6767

**CERTIFICATE OF SERVICE**

I, James Butler, hereby certify that on this 21st day of June, 2006, I mailed the Original and one copy to the clerk of the court, and a true and correct copy of the foregoing was mailed via first class mail to the following counsel of record:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

and

Michael P. Bruckheim, Esq
Assistant Attorney General
414 4th Street, Northwest
6th Floor South
Washington, D.C. 20001


By:_____
             James Butler.