UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA McMANUS, ) | |
| ) | |
| Plaintiff, ) | **CA No.: 05-1621 (EGS)** |
| ) | |
| v. ) | |
| ) | |
| ANTHONY WILLIAMS, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO AMEND**

**PLEASE TAKE NOTICE**, that James Quincy Butler, Esquire, attorney at law, counsel for plaintiff, EDNA McMANUS, hereby files a MOTION TO AMEND pursuant to Rule 15 (a) of the Federal Rules of Civil Procedure.

The plaintiff has previously proceeded pro se in the instant matter and the pleadings require amendment to substantiate the plaintiffs meritorious claims.

Counsel is new to this case and after review of the pleadings thus far is of the opinion that the plaintiff has a meritorious claim, which needs to be pled in a more concise manner in order to focus the issues under review and for relief to be granted.

This motion is not designed as a dilatory tactic and it appears to this counsel that none of the defendants will be penalized by the short extension requested.

The nature of the pain and suffering in this case, warrants leave to amend as leave requesting such amendment has not been previously granted.

Counsel respectfully requests this honorable court GRANT leave to amend and that such

amendment be filed with the court and served upon the opposition on or before August 1, 2006.

A proposed order is attached hereto.

**WHEREFORE ALL PREMISES CONSIDERED,** counsel respectfully requests leave to amend be granted, and such other or further relief as to this honorable court appears to be just and proper.

Dated this 21st, day of June, 2006

Respectfully Submitted;

By:_____
  James Q. Butler, Esq
  Attorney at Law
  Butler Law Firm
  818 18th Street, 10th Floor
  Washington, D.C.
  Telephone: 202-223-6767

**CERTIFICATE OF SERVICE**

      I, James Butler, hereby certify that on this 21st day of June, 2006, I mailed the Original and one copy to the clerk of the court, and a true and correct copy of the foregoing was mailed via first class mail to the following counsel of record:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

and

Michael P. Bruckheim, Esq
Assistant Attorney General
414 4th Street, Northwest
6th Floor South
Washington, D.C. 20001


By:_____
        James Butler.


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EDNA McMANUS,                                    )

|  |  |
|---|---|
| Plaintiff, | ) |
|  | ) **CA No.: 05-1621 (EGS)** |
| v. | ) |
|  | ) |
| ANTHONY WILLIAMS, et. al., | ) |
|  | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff Edna McManus Motion for Leave to Amend, and the facts and law considered, it is hereby:

ORDERED: That the Motion for Leave to Amend is GRANTED for the reasons set forth in the motion; and it is further,

ORDERED: That the amended petition be filed on or before August 1, 2006.

So ORDERED this _____Day of _____,2006.

_____
The Honorable Judge Emmet G. Sullivan
United States District Court for the District of Columbia