UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDNA McMANUS,                )
                             )
         Plaintiff,          )      CA No.: 05-1621 (EGS)
                             )
v.                           )
                             )
DISTRICT OF COLUMBIA         )
ANTHONY WILLIAMS             )
ELWOOD YORK                  )
                             )
         Defendants.         )
_____)

## PLAINTIFF'S MOTION FOR CLARIFICATION

The Plaintiffs are seeking clarity as to the date Plaintiff's responses are due. Plaintiff's Counsel, James Q. Butler, appeared with Plaintiff on 9-15-06 before the Honorable Judge Emmet G. Sullivan.

At that status hearing, Defendants claim that they filed a Motion to Dismiss, on 7-17-06, as to Plaintiff's amended complaint and that Plaintiff failed to respond. Plaintiff's counsel indicated that he never received Defendant's Motion to Dismiss and therefore could not respond. Judge Sullivan found the argument convincing and allowed Plaintiff time to respond. He ordered Defendants to re-file Motion to Dismiss and Motion for Summary Judgment. The actual time for response is the matter we are seeking clarity on.

The Court's minute entry on 9-15-06 states that Responses are due by 9-22-06; however, the Minute Order entered on 9-18-06 states that "Plaintiff's response to the motions (plural) (emphasis added) due 10-4-06.

Dated this  22nd  day of  September, 2006

Respectfully Submitted;

By:_____/s/_____
        James Q. Butler, Esq.
        Attorney at Law
        Butler Law Firm
        818 18th Street, 10th Floor
        Washington, D.C.
        Telephone: 202-223-6767