# EXHIBIT 1

## Position Vacancy Announcement

Lead Legal Instruments Examiner

Go back to the current vacancies.



**DC OFFICE OF PERSONNEL**
**Position Vacancy Announcement**

| | |
|---|---|
| SERVICING PERSONNEL OFFICE/UNIT: | Reeves Center Personnel Office |
| ANNOUNCEMENT NO.: FL(25)03-06 | POSITION: Lead Legal Instruments Examiner |
| POSITION SERIES: DS-0963 | POSITION GRADE: 9 |
| OPENING DATE: Thursday, April 03, 2003 | CLOSING DATE: Wednesday, April 16, 2003 |
| IF "OPEN UNTIL FILLED," FIRST SCREENING DATE: None | SALARY RANGE: $36,276-$46,811 |
| | TOUR OF DUTY: Rotating Shifts |
| WORKSITE: 1901 D Street SE | AREA OF CONSIDERATION: Open to the General Public |
| PROMOTION POTENTIAL: NONE | NO. OF VACANCIES: 1 |
| AGENCY: Corrections, Department of - FL | DURATION OF APPOINTMENT: Permanent |

This position is NOT in a collective bargaining unit.

**RESIDENCY PREFERENCE AMENDMENT ACT OF 1988:** An applicant for a position in the Career Service or for an attorney position (DS-905) in the Excepted Service who is a bona fide resident of the District of Columbia AT THE TIME OF APPLICATION, may claim a hiring preference over a non-resident applicant by completing the Residency Preference for Employment form, DC 2000RP, and submitting it with the employment application, DC 2000. To be granted preference, an applicant must: (1) be qualified for the position, and (2) submit a claim form at the time of application. Except for employees entitled by law to preference, preference will not be granted unless the claim is made at the time of application.

**BRIEF DESCRIPTION OF DUTIES:** The incumbent is responsible for computing sentence data on detainees committed to the department. Responsible for certifying the legality of sentences, ensuring that inmates are detained in accordance with current laws. Answers inquiries regarding sentence computations from law enforcement, correctional, judicial and attorney sources. Checks statistical information daily for transmittal to courts, or other justice agencies. Assist General Counsel and Corporation Counsel as needed. Assists inmates on appeals and other documents. Maintain official record for each inmate. Must have knowledge of statues, codes and regulations issued from various jurisdictions. Incumbent is responsible for daily work activities of a subordinate staff.

**QUALIFICATIONS REQUIREMENTS:** All applicants must have completed at least one(1) year of Specialized Experience equivalent to the next lower grade level in the normal line of progression.

**SPECIALIZED EXPERIENCE:** Specialized Experience must have equipped the applicant with the particular knowledge, skills and abilities to successfully perform the duties of the position to be filled.

**SELECTIVE PLACEMENT FACTOR(S):** Demonstrated experience in institutional records operational

management.

**SUBMISSION OF RANKING FACTORS:** The following ranking factors will be used in the evaluation process. All applicants MUST respond to the ranking factors ON A SEPARATE SHEET OF PAPER. PLEASE SEND AS AN ATTACHMENT TO YOUR RESUME. Please describe specific incidents of sustained achievements from your experience that show evidence of the level at which you meet the ranking factors that have been determined to be of importance for the position for which you are applying. You may refer to any experience, education, training, awards, outside activities, etc. that include the degree to which you possess the job related knowledge, skills, and abilities described in the ranking factors. The information given in response to the ranking factors should be complete and accurate to the best of your knowledge. **FAILURE TO RESPOND TO ALL RANKING FACTORS MAY ELIMINATE YOU FROM CONSIDERATION.**

1. Knowledge of processing practices relevant to records office management; 2. Ability to interpret and apply statues, codes, regulations, sentence computations, court orders, detainers and/or release/transfers; 3. Demonstrated experience in word processing, database management and electronic tracking system; and 4. The ability to communicate effectively both orally and in writing, to prepare records correspondence and report materials, and/or make presentations.

---

SUBSTITUTION OF EDUCATION FOR EXPERIENCE WILL BE ALLOWED AS DEFINED BY OPM'S X-118, QUALIFICATIONS STANDARDS. HOWEVER, IN ORDER TO RECEIVE CREDIT, YOU MUST SUBMIT OFFICIAL PROOF OF EDUCATIONAL ATTAINMENT WITH YOUR APPLICATION. TIME-IN-GRADE REQUIREMENTS ARE APPLICABLE. APPLICANTS CLAIMING VETERAN'S PREFERENCE MUST SUBMIT OFFICIAL PROOF WITH THE APPLICATION.

**DRUG-FREE WORKPLACE ACT OF 1988:** "PURSUANT TO THE REQUIREMENTS OF THE DRUG-FREE WORKPLACE ACT OF 1988, THE INDIVIDUAL SELECTED TO FILL THIS POSITION WILL, AS A CONDITION OF EMPLOYMENT, BE REQUIRED TO NOTIFY HIS OR HER IMMEDIATE SUPERVISOR, IN WRITING, NOT LATER THAN FIVE (5) DAYS AFTER CONVICTION OF OR A PLEA OF GUILTY TO A VIOLATION OF ANY CRIMINAL DRUG STATUTE OCCURRING IN THE WORKPLACE."

APPLICATIONS SUBMITTED FOR CONSIDERATION WILL NOT BE RETURNED TO THE APPLICANT, EXCEPT THAT APPLICATIONS RECEIVED OUTSIDE THE AREA OF CONSIDERATION OR AFTER THE CLOSING DATE WILL BE RETURNED WITHOUT ACTION.

**WORKING CONDITIONS:** Work is performed in an office setting.

**PHYSICAL EFFORT:** Work is essentially sedentary with no special physical demands.

**OTHER SIGNIFICANT FACTORS:**

---

**HOW TO APPLY:** ALL APPLICANTS, INCLUDING DEPARTMENTAL EMPLOYEES AND OTHER DC GOVERNMENT EMPLOYEES, MUST SUBMIT THE DISTRICT OF COLUMBIA APPLICATION, DC 2000.

"A NON-COMPETITIVE SELECTION OF A CANDIDATE ON THE AGENCY'S REEMPLOYMENT PRIORITY LIST OR THE DISPLACED EMPLOYEES PRIORITY LIST WILL RESULT IN CANCELLATION OF THIS ANNOUNCEMENT."

**WHERE TO APPLY:**

Lurendy W. Armstrong
DC Office of Personnel
2000 14th Street, NW, 4th Floor

Washington, DC 20009
202-671-1302

## NOTICE OF NON-DISCRIMINATION

In accordance with the D.C. Human Rights Act of 1977, as amended, D.C. Official Code section 2-1401.01 *et seq.*, (Act) the District of Columbia does not discriminate on the basis of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, familial status, family responsibilities, matriculation, political affiliation, disability, source of income, or place of residence or business. Sexual harassment is a form of sex discrimination which is also prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act. Discrimination in violation of the Act will not be tolerated. Violators will be subject to disciplinary action.

**SALARY REDUCTION OF REEMPLOYED ANNUITANTS:** An individual selected for employment in the District Government on or after January 1, 1980, who is receiving an annuity under District government civilian retirement system, shall have his or her pay reduced by the amount of annuity allocable to the period of employment.

**OFFICIAL JOB OFFERS ARE MADE ONLY BY THE DC OFFICE OF PERSONNEL**

**DC OFFICE OF PERSONNEL**        **AN EQUAL OPPORTUNITY EMPLOYER**

# EXHIBIT 2

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of the Deputy Director



January 2, 2004

Ms. Edna McManus
3010 22nd Street, S.E.
Washington, D.C. 20020

Re: Final Notice of Decision Dated February 20, 2003

Dear Ms. McManus:

This is to apprise that the Final Notice of Decision issued to you on February 20, 2003, that removed you from the Department of Corrections (Department) effective February 28, 2003 is herewith rescinded.

I note for the record that you were never officially removed from the Department as a result of the Final Decision, and instead, you were placed on LWOP due to your on-the-job injuries that were filed under Workers Compensation Claim Number 002805 (Enclosure "A").

If you have any questions regarding this matter, please direct them to Fred Staten, Jr., EEO Officer for the Department of Corrections. Mr. Staten may be reached by telephone on (202) 671-2095.

Sincerely,

James L. Anthony
Deputy Director

Enclosure

cc: Joan Murphy, Special Projects Officer
    Office of Human Resource Management

# EXHIBIT 3

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
Central Detention Facility



September 10, 2002

Dear Ms. Edna McManus:

A review of your record reveals that you entered into an Absence Without Leave (AWOL) status starting May 7, 2002. You have accrued 80 hours of AWOL from August 25, 2002 through September 7, 2002. In addition, you have failed to appraise this office of your return to duty.

Be advised, unless you provide an explanation and appropriate documentation and justification for your extended absence (e.g., date and nature of incapacity for duty, nature of your illness or injury) from May 7, 2002 until the present, adverse action will be initiated to remove you from your position as a Lead Legal Instruments Examiner in accordance with the provisions set forth in the District Personnel Manual, Chapter 16. You are directed to notify this office of your intentions, and conditions in writing within five days of the date of this certified correspondence.

If you are unable to perform the essential functions of your position, have at least five years of service, and have a permanent disability, you have the option of applying for disability retirement through the D. C. Office of Personnel. You may also inquire about other employment opportunities that are compatible with your disability, if you have one.

Should you fail to exercise any of the options presented, you must return to duty immediately or be subject to removal as set forth herein.

Sincerely,

Steven A. Smith
Correctional Program Administrator
Records Office
(202) 673-8276

# EXHIBIT 4

Notice: This opinion is subject to formal revision before publication in the District of Columbia Register. Parties are requested to notify the Administrative Assistant of any formal errors in order that corrections may be made prior to publication. This notice is not intended to provide an opportunity for a substantive challenge to the decision.

THE DISTRICT OF COLUMBIA

BEFORE

THE OFFICE OF EMPLOYEE APPEALS

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| EDNA MCMANUS ) | OEA Matter No. 1601-0034-03 |
| Employee ) | |
| ) | Date of Issuance: January 20, 2004 |
| v. ) | |
| ) | Daryl J. Hollis, Esq. |
| ) | Senior Administrative Judge |
| DEPARTMENT OF CORRECTIONS ) | |
| Agency ) | |

Edna McManus, *Pro se*
Fred Staten, Jr., Agency Representative

### INITIAL DECISION

#### INTRODUCTION

On February 26, 2003, Employee, a Lead Legal Instruments Examiner, DS-9 in the Career Service, filed a petition for appeal from Agency's alleged action removing her for "Unauthorized Absences" (AWOL).

This matter was assigned to me on November 21, 2003. I conducted a Prehearing Conference on January 8, 2004. Since this matter could be decided based on the documentary evidence of record, no further proceedings were held. The record is closed.

## JURISDICTION

The Office has jurisdiction in this matter pursuant to D.C. Official Code § 1-606.03 (2001).

## ISSUE

Whether this matter should be dismissed for mootness.

## FINDINGS OF FACT, ANALYSIS AND CONCLUSIONS

The following facts are not subject to genuine dispute:

> 1. By advance notice of proposed adverse action dated December 2, 2002, Agency notified Employee of its proposal to remove her from her position for AWOL.
>
> 2. By memorandum dated January 8, 2003, the Disinterested Designee assigned by Agency's Director to review the matter prior to the issuance of a final decision recommended that the proposed removal be effected.
>
> 3. On February 20, 2003, Agency issued its final decision, which stated that Employee would be removed effective February 28, 2003.
>
> 4. However, Employee's removal was never effected. Rather, she was placed on Leave Without Pay (LWOP) pursuant to a Worker's Compensation determination that she was disabled as a result of an on-the-job injury.[1] Employee is currently receiving Worker's Compensation benefits.

There is no requirement that this Office adjudicate a matter which is moot. *See Culver v. D.C. Fire Department*, OEA Matter No. 1601-0121-90, *Opinion and Order on Petition for Review* (January 16, 1991), _ D.C. Reg. _ ( ). It is well established that an appeal that is based on a personnel action which has been rescinded is moot. *See, e.g., Champion v. Department of Human Services*, OEA Matter No. 2401-0136-96 (July 2, 1998), _ D.C. Reg. _ ( ); *Britt et al. v. Department of Human Services*, OEA Matter No. 2401-0135-96

---

[1] *See* January 2, 2004 letter to Employee from James Anthony, Agency's Deputy Director.

(August 12, 1997), _ D.C. Reg. __ (  ); *Mason v. D.C. Public Schools*, OEA Matter No. 1601-0347-96 (October 19, 1999), _ D.C. Reg. __ (  ).

Here, it is undisputed that the proposed removal was never effected, and was in fact rescinded prior to its effective date. I conclude that Employee's appeal is now moot and must therefore be dismissed.

### ORDER

It is hereby ORDERED that this matter is DISMISSED.

FOR THE OFFICE:

DARYL J. HOLLIS, Esq.
Senior Administrative Judge