**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDNA McMANUS, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY WILLIAMS, *et. al.*, )<br>)<br>        Defendants. )<br>_____ ) | CA No.: 05-1621 (EGS) |

### DEFENDANTS ANTHONY WILLIAMS AND ELWOOD YORK'S REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Anthony Williams and Elwood York (hereinafter "Defendants"), by and through undersigned counsel and pursuant to LCvR 7(d), hereby submits the following Reply to Plaintiff's Opposition to their Motion for Summary Judgment.

**I.  PLAINTIFF DID NOT SUFFER AN ADVERSE ACTION**

Plaintiff's claims cannot survive because she did not suffer an adverse employment action. Plaintiff has presented no evidence to demonstrate that she was terminated from her position, nor do the facts support her claim that she was terminated. See Exhibit #2, Initial Decision of OEA and Exhibit #3, Hearing Examiner's Report and Recommendation. In fact, plaintiff received workers' compensation payments retroactive to her February 26, 2002, injury. Exhibit #1, Final Compensation Order.

WHEREFORE, for all of the reasons contained in these defendants' motion, this Court should grant them summary judgment as a mater of law.

                                        Respectfully submitted,

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____\\s\\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

By: _____\\s\\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295