UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDNA MCMANUS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1621 (EGS) |
| ANTHONY WILLIAMS, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

In accordance with the Memorandum Opinion issued this 22nd day of February, 2007, it is

ORDERED that defendants' motions to dismiss and for summary judgment [23][25][32][33][34] are GRANTED. It is

FURTHER ORDERED that plaintiff's motion to withdraw praecipe [22] and motion for clarification [35] are DENIED as moot.

Judgment is entered in favor of defendants.

_____/s/_____
EMMET G. SULLIVAN
United States District Court